UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:16-cv-1034-J-39MCR

SHARON NEAL,

    Plaintiff,

v.

CSX CORPORATION,

    Defendant.

_____/

**NOTICE OF REMOVAL**

(28 U.S.C. §§ 1331, 1441 and 1446)

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, CSX Corporation, by counsel, hereby removes this civil action from the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida (the "Circuit Court"), to the United States District Court for the Middle District of Florida, Jacksonville Division. Defendant, CSX Corporation, states as follows for grounds for removal:

1. On March 25, 2016, Plaintiff filed suit against CSX Corporation in the Circuit Court by way of a Complaint styled *Sharon Neal v. CSX Corporation*, Case No.: 16-CA-002140 (the "Lawsuit"). A true and accurate copy of the Complaint is attached hereto as Exhibit 1.

2. Defendant, CSX Corporation, was served with a copy of the Complaint and Summons on July 22, 2016. Accordingly, in accordance with 28. U.S.C. § 1446(b), this notice of removal is being timely filed within thirty (30) days of receipt of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

3. Upon information and belief, the Summonses and Complaint filed in the Circuit Court constitute all of the pleadings filed in this action and served on Defendant CSX Corporation. *See* Exhibits 1 and 2.

4. In her Complaint, Plaintiff asserts claims for alleged violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621 *et seq.*, and 42 U.S.C. § 11981.

5. This Court has original jurisdiction over Plaintiff's Title VII, ADEA and 42 U.S.C. § 1981 claims pursuant to 28 U.S.C. § 1331, and, pursuant to 28 U.S.C. 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to citizenship or residence of the parties." Therefore, removal is proper under 28 U.S.C. § 1441 as this Court has original jurisdiction over the causes of action asserted by Plaintiff.

6. Removal to this judicial district is proper because this is the judicial district and division embracing the place where the state court case was brought and is pending. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

7. As required by 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendant, CSX Corporation, will give written notice thereof to all parties, and shall file a copy of this Notice of Removal with the Clerk of Court for the Fourth Judicial Circuit, in and for Duval County, Florida.

8. By filing this Notice of Removal, and as required under Fed. R. Civ. P. 81(c)(2), Defendant, CSX Corporation, will respond to Plaintiff's Complaint within seven (7) days of filing this Notice, unless an extension of the deadline is properly obtained pursuant to this Court's procedures.

9. Based on the foregoing, this action is hereby removed to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

This the 12th day of August, 2016.

Respectfully submitted,

By Counsel:

_Thomas R. Brice_
Thomas R. Brice
Florida Bar No. 0018139
tbrice@mcguirewoods.com
Cameron Kynes
Florida Bar No. 0116711
ckynes@mcguirewoods.com
McGuireWoods LLP
50 N. Laura St., Suite 3300
Jacksonville, FL 32202-3661
904-798-2629
904-360-6335 (Facsimile)

**ATTORNEYS FOR DEFENDANT CSX CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Neil L. Henrichsen, Esq.
Henrichsen Siegel, P.L.L.C.
nhenrichsen@hslawyers.com
1648 Osceola St.
Jacksonville, FL 32204
904-381-8183
904-212-2800 (Facsimile)
*Trial Counsel for Plaintiff*

*/s/ Thomas R. Brice*
Attorney

80813334_1